1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Antonio Urtusuastegui-Garcia

6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,          ) | Case No. 08MJ1212
                                        )
12 |           Plaintiff,               )
                                        )
13 | v.                                 ) | **CERTIFICATE OF SERVICE**
                                        )
14 | ANTONIO URTUSUASTEGUI-GARCIA,      )
                                        )
15 |           Defendant.               )
   |_____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                              Respectfully submitted,
22

23 DATED:      April 29, 2008                   /s/ Gregory T. Murphy
                                                **GREGORY T. MURPHY**
24                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Antonio Urtusuastegui-Garcia
25
26
27
28